United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE PIERRE,<br><br>    Plaintiff,<br><br>v.<br><br>DR. C. DIANA NICOLI, M.D., ACTING DIRECTOR, SFVAMC, et al.,<br><br>    Defendants. | Case No.: C-13-02427 JSC<br><br>**ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE** |

    Now pending before the Court is Defendants Mary Kay Sweeney, Amy Marcussen, and Stacy Rosenblatt's Motion to Dismiss. (Dkt. No. 8.) Plaintiff has not filed an Opposition or Statement of Nonopposition to the Motion to Dismiss, as required by Local Rule 7-3(b). Accordingly, the Court hereby ORDERS Plaintiff to SHOW CAUSE as to why this action should not be dismissed for failure to prosecute. Plaintiff should file a response to the ORDER to SHOW CAUSE, along with a response to the Motion to Dismiss, on or before July 23, 2013. If no response is received, this action may be dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute. The August 1, 2013 hearing on Defendants' motion to dismiss remains on calendar.

IT IS SO ORDERED.

Dated: July 16, 2013

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE