UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE PIERRE,<br><br>    Plaintiff,<br><br>    v.<br><br>C. DIANA NICOLL, et al.,<br><br>    Defendants. | Case No.  13-cv-02427-WHO<br><br>**ORDER RE DEADLINE TO AMEND COMPLAINT** |

It has come to the Court's attention that plaintiff George Pierre has not received the Court's September 25, 2013 order in Case No. 13-cv-2427, which denied Pierre's Motion to Remand (Dkt. Nos. 18, 21) and granted defendants' Motion to Dismiss (Dkt. No. 8) with leave to file an amended complaint by October 28, 2013.  Additionally, Pierre has not received the Court's October 11, 2013 Order to Show Cause in related Case No. 13-cv-3803, which ordered Pierre to file a statement of non-opposition or an amended complaint by November 4, 2013.  Because Pierre was not apprised of these deadlines, the Court hereby extends the time to file any amended complaints or statement of non-opposition until November 20, 2013.

**IT IS SO ORDERED**.

Dated: October 21, 2013

WILLIAM H. ORRICK
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE PIERRE,<br><br>        Plaintiff,<br><br>  v.<br><br>DR C DIANA NICOLL MD et al,<br><br>        Defendant. | Case Number: CV13-02427 WHO<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 21, 2013, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail .

George Pierre
P.O. Box 9986
Berkeley, CA 94709

Dated: October 21, 2013

                                            Richard W. Wieking, Clerk
                                            By: Jean Davis, Deputy Clerk

Copies of Dkt. No. 44 in Case No. 3:13cv2427 and Dkt. 7 in Case No. 3:13cv3803 also enclosed.