UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE PIERRE,<br><br>        Plaintiff,<br><br>    v.<br><br>C. DIANA NICOLL, et al.,<br><br>        Defendants. | Case No.   13-cv-02427-WHO<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 53 |

On October 23, 2013, plaintiff's complaint was dismissed in its entirety with leave to amend. Dkt. Nos. 44, 54. The last day to file an amended complaint was November 20, 2013. Dkt. Nos. 53, 54. On October 28, 2013, plaintiff filed a Notice of Appeal to the Ninth Circuit Court of Appeals. Dkt. No. 55. On November 25, 2013, the appeal was dismissed for lack of jurisdiction. Dkt. No. 56. As of today's date, no amended complaint has been filed.

Therefore, plaintiff is ORDERED TO SHOW CAUSE why this case should not be dismissed for failure to prosecute. To comply with this Order to Show Cause, plaintiff must file an amended complaint by **January 17, 2014**. Failure to file an amended complaint by **January 17, 2014** will result in the Court dismissing this action for failure to prosecute. *See* FED. R. CIV. PROC. 41(b).

**IT IS SO ORDERED**.

Dated: January 2, 2014

                                        WILLIAM H. ORRICK
                                        United States District Judge