UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE PIERRE,<br><br>    Plaintiff,<br><br>    v.<br><br>C. DIANA NICOLL, et al.,<br><br>    Defendants. | Case No. 13-cv-02427-WHO<br><br>**ORDER OF INVOLUNTARY DISMISSAL**<br><br>Re: Dkt. No. 58 |

    On October 23, 2013, plaintiff's complaint was dismissed in its entirety with leave to amend. Dkt. Nos. 44, 54. The last day to file an amended complaint was November 20, 2013. Dkt. Nos. 53, 54. Plaintiff failed to file an amended complaint. On January 2, 2014, the Court issued an Order to Show Cause ordering the plaintiff to file an amended complaint by January 17, 2014, or this case will be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Dkt. No. 58. As of today's date, no amended complaint has been filed.

    Therefore, the Court ORDERS that this matter is DISMISSED WITH PREJUDICE and any deadlines scheduled in this matter are VACATED. The Clerk of the Court shall enter judgment accordingly and close the file.

    **IT IS SO ORDERED**.

Dated: January 22, 2014



WILLIAM H. ORRICK
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GEORGE PIERRE,

        Plaintiff,

  v.

DR C DIANA NICOLL MD et al,

        Defendant.

Case Number: CV13-02427 WHO

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 22, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

George Pierre
P.O. Box 9986
Berkeley, CA 94709

Dated: January 22, 2014

Richard W. Wieking, Clerk
By: Jean Davis, Deputy Clerk