UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE PIERRE,<br><br>    Plaintiff,<br><br>    v.<br><br>C. DIANA NICOLL, et al.,<br><br>    Defendants. | Case No. 13-cv-02427-WHO<br><br>**JUDGMENT IN A CIVIL CASE**<br>Re: Dkt. No. 61 |

The Court having entered an Order of Involuntary Dismissal, Judgment is accordingly entered in favor of defendants and against plaintiff.

Dated: January 23, 2014            Richard W. Wieking, Clerk

                                                              By: Jean M. Davis, Deputy Clerk